Victor HERNANDEZ, Plaintiff—Appellant,

v.

Gerald MALDONADO, Warden FCI Estill, Defendant—Appellee.

No. 04–7208.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2004.

Decided Dec. 15, 2004.

Victor Hernandez, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victor Hernandez appeals a district court judgment adopting the magistrate judge's report and recommendation and dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order and affirm the appeal on the reasoning of the district court. We grant Hernandez leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*